# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

VICTORIA V. SCHAUB,

           **Plaintiff,**

-vs-                                           Case No. 6:07-cv-1162-Orl-28UAM

COMMISSIONER OF SOCIAL
SECURITY,

           **Defendant.**

___

# ORDER

This case is before the Court on Plaintiff's Petition for Attorney Fees (Doc. No. 26) filed December 8, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 18, 2008 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Petition for Attorney Fees (Doc. No. 26) is **GRANTED**.

    3.    The Commissioner of Social Security is directed to pay $3,347.62 in attorneys' fees under the Equal Access to Justice Act directly to counsel for Plaintiff.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __/2__ day of January, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party