# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VICTORIA V. SCHAUB,

    Plaintiff,

-vs-                                Case No. 6:07-cv-1162-Orl-28UAM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

This case is before the Court on Richard A. Culbertson's Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. § 406(b) (Doc. No. 29) filed August 21, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objection (Doc. No. 32) and Defendant's Response to Plaintiff's Objection (Doc. No. 33), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed September 25, 2009 (Doc. No. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Richard A. Culbertson's Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. § 406(b) (Doc. No. 29) is **GRANTED in part** and **DENIED in part**.

3. Mr. Culbertson is authorized to charge and collect from Plaintiff the sum of $11,103.75.

4. Mr. Culbertson shall simultaneously refund to Plaintiff $3,347.62 in EAJA fees.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 30 day of October, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party